United States District Court
Central District of Illinois

1:21-cv-01193-JES-JEH

Lurnia Ivory, individually and on behalf of all others similarly situated,

                Plaintiff,

      - against -

Nestlé USA, Inc.,

                Defendant

Notice of Voluntary Dismissal

    Plaintiff gives notice that this action is voluntarily dismissed. Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated:    July 15, 2021

                Respectfully submitted,

                Sheehan & Associates, P.C.

                /s/Spencer Sheehan
                Spencer Sheehan
                60 Cuttermill Rd Ste 409
                Great Neck NY 11021-3104
                Tel: (516) 268-7080
                Fax: (516) 234-7800
                spencer@spencersheehan.com